FILED

DEC 04 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY ROEHR,<br><br>Defendant. | CR 18–86–BLG–DLC<br><br>ORDER |

The previously scheduled dates were vacated in this matter pending decision on Defendant Jeremy Roehr's motion to suppress.

IT IS ORDERED that the parties shall abide by the following schedule. Trial is reset for January 7, 2019 at 9:00 a.m. at the James F. Battin Courthouse in Billings, Montana. The plea agreement deadline is reset for December 27, 2018. The JERS deadline is reset for December 31, 2018. Jury instructions and trial briefs are due on or before January 2, 2019. The Court's scheduling order of July 18, 2018 (Doc. 15) remains in full force and effect in all other respects.

DATED this 4th day of December, 2018.

Dana L. Christensen, Chief Judge
United States District Court

1