IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-86-BLG-DLC |
| Plaintiff, | |
| vs. | ORDER |
| JEREMY ROEHR, | |
| Defendant. | |

FILED
JAN 0 4 2019
Clerk, U.S District Court
District Of Montana
Missoula

Before the Court is Defendant Jeremy Roehr's Unopposed Motion for Bond Pending Appeal. (Doc. 48.)

IT IS ORDERED that the motion (Doc. 48) is GRANTED. Roehr is released on personal recognizance pending resolution of the Government's appeal from the Court's Order of November 29, 2018.

DATED this 4th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court

1