IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 11 2019
Clerk, U.S. District Court
District Of Montana
Missoula

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEREMY ROEHR,

Defendant.

CR 18–86–BLG–DLC

ORDER

Before the Court is the United States' Unopposed Motion to Dismiss Indictment without Prejudice. (Doc. 55.)

IT IS ORDERED that the indictment filed on June 21, 2018 in this case is dismissed without prejudice.

DATED this 11th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court